**BAKER & HOSTETLER LLP**
Sean P. Killeen (SBN 320644)
*skilleen@bakerlaw.com*
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2623
Facsimile: 415.659.2601

*Attorneys for Defendant*
MYFITNESSPAL, INC.

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH and CHRISTINE WILEY, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYFITNESSPAL, INC.,<br><br>Defendant. | CASE NO.: 5:25-CV-04430-PCP<br><br>[*Assigned to Hon. P. Casey Pitts*]<br><br>**STIPULATION TO EXTEND DEFENDANT MYFITNESSPAL, INC.'S TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT [L.R. 6-1(A)] AND SET BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Initial Response Due:  June 26, 2025<br>New Response Due:  July 11, 2025 |

**TO THE HONORABLE COURT:**

Pursuant to Fed. R. Civ. P. 6 and this Court's L.R. 6-1(a), Plaintiffs VISHAL SHAH and CHRISTINE WILEY ("Plaintiffs") and Defendant MYFITNESSPAL, INC. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Plaintiffs filed their Class Action Complaint ("Complaint") against Defendant on May 23, 2025 [Dkt. No. 1] and served Defendants with the Complaint and Summons on June 5, 2025;

WHEREAS, Pursuant to Fed. R. Civ. P. 12(a), Defendant's required response deadline to Plaintiffs' Complaint is twenty-one (21) days after service of the Complaint, or June 26, 2025;

WHEREAS, the Parties have agreed to extend Defendant's deadline to answer or otherwise respond to the Complaint by fifteen (15) days and to the following briefing schedule: Defendant shall have, up to and including July 11, 2025 to file its responsive pleading, including a Motion to Dismiss; Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss shall be up to and including August 14, 2025; and Defendant's deadline to file a reply brief in support of its Motion to Dismiss shall be up to and including August 29, 2025.

WHEREAS, pursuant to L.R. 6-1(a), the extension stipulated herein does not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: June 25, 2025 | | **BAKER & HOSTETLER LLP** |
| | By: | */s/ Sean P. Killeen* <br> Sean P. Killeen |
| | | *Attorneys for Defendant* <br> MYFITNESSPAL, INC. |
| Dated: June 25, 2025 | | **GUTRIDE SAFIER LLP** |
| | By: | */s/ Seth A. Safier* <br> Seth A. Safier <br> Marie A. McCrary <br> Todd Kennedy <br> Kali R. Backer |
| | | *Attorneys for Plaintiffs* |

## ATTESTATION

I, Sean P. Killeen, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 25, 2025              */s/ Sean P. Killeen*
                                  Sean P. Killeen

# [PROPOSED] ORDER

The Court, having reviewed and considered the Stipulation filed by Plaintiffs VISHAL SHAH and CHRISTINE WILEY ("Plaintiffs") and Defendant MYFITNESSPAL, INC. ("Defendant") (collectively, the "Parties") and good cause appearing for granting the relief requested therein, HEREBY ORDERS AS FOLLOWS:

1. The Parties Stipulation is **GRANTED**; and

2. Defendant's deadline to answer or otherwise respond to the Complaint is extended fifteen (15) days and the following briefing schedule applies: Defendant shall have, up to and including July 11, 2025 to file its responsive pleading, including any Motion to Dismiss; Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss shall be up to and including August 14, 2025; and Defendant's deadline to file a reply brief in support of its Motion to Dismiss shall be up to and including August 29, 2025.

**IT IS SO ORDERED.**

Dated: ___August 18___, 2025

_____
HON. CASEY PITTS
UNITED STATES DISTRICT JUDGE
BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO