**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Francisco J. Rolon (*pro hac vice*)
francisco@gutridesafier.com
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, as individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

MYFITNESSPAL, INC.,

Defendant.

Case No. 5:25-cv-04430-PCP

PLAINTIFFS' STATEMENT OF RECENT DECISION

Pursuant to Local Rule 7.3(d)(2), and in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss (ECF No. 15), Plaintiffs respectfully submit for the Court's review a recent decision from the Northern District of California, which is relevant to Plaintiffs' Opposition and was published after the Opposition was filed with the Court: *Gabrielli v. Haleon US Inc.*, No. 25-cv-02555-WHO (N.D. Cal. Aug. 29, 2025). A copy of that decision is attached hereto as Exhibit A.

Dated: August 29, 2025

**GUTRIDE SAFIER LLP**

*/s/ Francisco J. Rolon*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Francisco J. Rolon (*pro hac vice*)
francisco@gutridesafier.com
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
Telephone: (415) 639-9090

*Attorneys for Plaintiffs*