**BAKER & HOSTETLER LLP**
Sean P. Killeen (SBN 320644)
*skilleen@bakerlaw.com*
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2623
Facsimile: 415.659.2601

**BAKER & HOSTETLER LLP**
Edward J. McAndrew (Admitted *Pro Hac Vice*)
*emcandrew@bakerlaw.com*
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant*
MYFITNESSPAL, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and CHRISTINE WILEY, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

MYFITNESSPAL, INC.,

Defendant.

CASE NO.: 5:25-CV-04430-PCP

[*Assigned to Hon. P. Casey Pitts*]

**DEFENDANT'S REQUEST TO FILE A STATEMENT OF RECENT DECISION**

Action Filed: May 23, 2025

Pursuant to Local Rule 7.3(d), Defendant respectfully seeks this Court's approval to submit the following recent judicial decision from the Northern District of California, which is relevant to Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint (ECF No. 12) and was published after Defendant's Reply (ECF No. 28): *Saber Khamooshi, et al. v. Politico LLC*, Case No. 24-cv-07836-SK. A copy of that decision is attached hereto as Exhibit A.

Dated: October 9, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Sean P. Killeen*
Sean P. Killeen

*Attorney for Defendant*
MYFITNESSPAL, INC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO